Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

*Attorneys for Manish Aggarwal, Mostafa El Bermawy, and Amish Shah*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| MANISH AGGARWAL, MOSTAFA EL BERMAWY, and AMISH SHAH, on behalf of the California public,<br><br>Plaintiffs,<br><br>v.<br><br>COINBASE, INC. and COINBASE GLOBAL, INC.,<br><br>Defendants. | Case No. 3:23-cv-00371-SK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>(San Francisco Superior Court Case No. CGC23-603871) |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a)(1), Plaintiffs Manish Aggarwal, Mostafa El Bermawy, and Amish Shah voluntarily dismiss without prejudice the above-entitled action against Defendants Coinbase, Inc. and Coinbase Global, Inc. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: January 26, 2023                    BRAUNHAGEY & BORDEN LLP

                                           _____
                                           Matthew Borden

                                           *Attorneys for Plaintiffs Manish Aggarwal,
                                           Mostafa El Bermawy, and Amish Shah*